```
            IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

| | |
|---|---|
| HAROLD G. MALCOM, | * |
|     Plaintiff | * |
| |    CASE NO. 3:03-CV-102 (CDL) |
| vs. | * |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | * |
| | * |
|     Defendant | |
| | * |

ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

    The Recommendation of the United States Magistrate Judge filed May 3, 2006, to grant Plaintiff's Motion for Attorney's Fees has been read and considered and is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 2nd day of June, 2006

                                     /s/Clay D. Land
                                        CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE